```
 1
 2                          UNITED STATES DISTRICT COURT
 3                         NORTHERN DISTRICT OF CALIFORNIA
 4
     BALAMIENTO,                        )      No. C06-04796 SBA
 5                   Plaintiff,         )
                                        )      ORDER DISMISSING ACTION
 6        vs.                           )
                                        )
 7    CORPORATE RECEIVABLES,            )
     INC.,                              )
 8                                      )
                     Defendant.         )
 9                                      )
     _____
10
11
             The Court having been notified of the settlement of
12
     this action, and it appearing that no issue remains for the
13
     Court's determination,
14
             IT IS HEREBY ORDERED THAT this action and all claims
15
     asserted herein are DISMISSED with prejudice.  In the event
16
     that the settlement is not reached, any party may move to
17
     reopen the case and the trial will be rescheduled, provided
18
     that such motion is filed within 30 days of this order.  All
19
     scheduled dates, including the trial and pretrial dates, are
20
     VACATED.
21
             IT IS SO ORDERED.
22
     DATED: 1/3/07
23
                                    _____
24                                      SAUNDRA BROWN ARMSTRONG
                                        United States District Judge
25
```